UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

    *Plaintiff*

CIVIL ACTION NO. 09-906-JVP-DLD

versus

MERLIN & DIANNE LEE

    *Defendants*

## CONSENT JUDGMENT

The parties hereto having jointly moved for the entry of this Consent Judgment and this Court having previously granted said motion,

I.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff, the United States of America, do have and recover judgment against defendants, Merlin and Dianne Lee, for the principal amount of SEVENTY-FIVE THOUSAND NINE HUNDRED THIRTY-NINE DOLLARS AND 82/100 ($75,939.82), together with interest thereon from the date of judgment until paid at the rate provided under 28 U.S.C. § 1961, and all allowable costs.

II.

The defendants agree, consent and stipulate that the indebtedness owed under this Judgment, as aforesaid, is not dischargeable under 11 U.S.C § 523(a)(2)(A), or any other bankruptcy statute or provision.

III.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the payment terms of this judgment will be determined by the United States, in its sole discretion, following

entry of this Consent Judgment and an evaluation of a completed, signed and dated Financial Statement from defendants, and a review of the defendants' Federal Income Tax Returns for the preceding two years.  The Financial Statement and a copy of defendants' Federal Income Tax Returns, including all attachments thereto, shall be submitted by defendants to the United States Attorney's Office (attention:  Financial Litigation Unit) within 30 days following the entry of this Consent Judgment.  Thereafter, a signed and completed Financial Statement shall be submitted by the defendants to the United States Attorney's Office on each anniversary date of the Consent Judgment until this Consent Judgment is paid in full.  Payment terms may be reevaluated periodically and will be modified as appropriate, at the discretion of the United States, to take into account changed economic circumstances of the defendants, and such other factors the United States deems relevant and appropriate.

IV.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that notwithstanding any existing payment terms, this Consent Judgment may be demanded in full and immediately by the United States upon 1) defendants' filing for bankruptcy relief, 2) defendants' failure to comply with the terms of the payment schedule established by the United States, 3) the initiation of any collection action or procedure against defendants by any other creditor, or 4) defendants' violation of any terms of this Consent Judgment.

V.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendants shall keep the United States fully and currently informed in writing of any material change in their

financial situation or ability to pay, and of any change in employment, place of residence or telephone number. Defendants shall provide such information to the United States Attorney's Office within ten (10) days of such change.

VI.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED the action upon which this Consent Judgment is based seeks treble damages and penalties. The Consent Judgment, however, sets forth a total sum payable by the Defendants. Plaintiff, in its sole discretion, shall have the right to allocate for bookkeeping, accounting and other purposes, all or any portion of the total judgment debt to (1) damages, (2) penalties, or (3) any combination of both.

Baton Rouge, Louisiana, this 22nd day of October, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE